| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
September 22, 2016
David J. Bradley, Clerk

Perfit Vision, et al., §
　　　　　　　　　　　§
　　　　Plaintiffs, §
　　　　　　　　　　　§
versus　　　　　　　§　　Civil Action H-15-408
　　　　　　　　　　　§
Mount Vernon Fire Insurance Company, §
　　　　　　　　　　　§
　　　　Defendant. §

## Final Judgment

Perfit Vision, Eyeware Express, Inc., and John Luong take nothing from Mount Vernon Fire Insurance Company. (11, 28, 23, 25, 53, 54)

Signed on September 22, 2016, at Houston, Texas.

　　　　　　　　　　　_____
　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　United States District Judge